FILED IN CHAMBERS
U.S.D.C. - Rome
OCT 11 2012
JAMES N. HATTEN, Clerk
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL ACTION |
| v. | NO. 4:12-CR-00009-RLV-1 |
| | |
| TEDRICK DIRELL WHITERS, SERGIO JOVANNY BIBIANO VASQUEZ, OSPICIO OLEA AGUILAR, FREDRICO JERBURSHIO JONES, WILLIE CHARLES TOWNSEND, CORWIN JACKSON FINSLEY, and MAURICE JAMMOROW BEAVERS, | |
| Defendants. | |

O R D E R

After carefully considering the report and recommendation of the magistrate judge dated June 29, 2012 [Doc. No. 126], the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 11th day of October, 2012.

ROBERT L. VINING, JR.
Senior United States District Judge