FILED IN CHAMBERS
U.S.D.C. - Rome

JUL 1 4 2014

JAMES N. HATTEN, Clerk
 By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TEDRICK DIRELL WHITERS, | |
| Movant, | CRIMINAL ACTION NO.<br>4:12-CR-0009-RLV-WEJ-1 |
| v. | |
| UNITED STATES OF AMERICA, | CIVIL ACTION NO.<br>4:14-CV-0042-RLV-WEJ |
| Respondent. | |

O R D E R

After carefully considering the report and recommendation of the magistrate judge [Doc. No. 241], together with the objections thereto, the court adopts the report and recommendation as the opinion and order of this court.

SO ORDERED, this 14th day of July, 2014.

Robert L. Vining Jr.
ROBERT L. VINING, JR.
Senior United States District Judge